**Jose Abraham PALAFOX, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 05–76519.

United States Court of Appeals, Ninth Circuit.

Submitted July 1, 2008.*

Filed July 11, 2008.

Martin Avila Robles, Esq., Law Office of Martin Resendez Guajardo, P.C., San Francisco, CA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel Department Of Homeland Security, San Francisco, CA, Mark C. Walters, Esq., Joanne E. Johnson, Esq., Department of Justice, Washington, DC, for Respondent.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: WALLACE, HAWKINS and THOMAS, Circuit Judges.

MEMORANDUM **

Jose Abraham Palafox, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for cancellation of removal. We dismiss the petition for review.

We lack jurisdiction to review the IJ's discretionary determination that Palafox failed to show exceptional and extremely unusual hardship to a qualifying relative. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir.2005). We do not consider Palafox's contention regarding physical presence because Palafox's failure to establish hardship is dispositive.

**PETITION FOR REVIEW DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

